UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAUNDRA'S, INC., a Washington corporation; SAUNDRA WILMA, an individual; the ESTATE OF ALAN D. WILAM; and JOHN and DONNA ARMSTRONG, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STATES INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | NO: 2:15-CV-68-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 34.  Having reviewed the Motion and being fully informed, Court finds good cause to grant the motion.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 34**, is **GRANTED**.  Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 29th day of March 2016.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2